**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARLOS ALBERTO MERCHAN ORRALA**, | No. 26-cv-08190 |
| *Petitioner*, | |
| v. | **ORDER** |
| **LUIS SOTO**, *et al.*, | |
| *Respondents*. | |

This matter comes before the Court on the Petition for Writ of Habeas Corpus. (ECF No. 1). The Court held a hearing on July 10, 2026. For the reasons stated on the record, it is hereby **ORDERED** that by 2:00 p.m. CST on Monday, July 13, 2026, Respondents shall either:

(1)     provide Petitioner with a bond hearing at which the government will bear the burden of proof by clear and convincing evidence as to bond. Respondents shall facilitate full and complete access to counsel and any filings required for the hearing; **OR**

(2)     release Petitioner and facilitate release in New Jersey.

**IT IS FURTHER ORDERED THAT**, should Respondents elect to provide a bond hearing, they shall file a letter on the docket so confirming and advising of the outcome of the hearing by 5:00 p.m. EST on July 13, 2026. Respondents shall file a copy of the decision as to bond and any transcript of the hearing as soon as reasonably practicable.

**IT IS FINALLY ORDERED THAT** should Respondents elect to release Petitioner, they shall facilitate his release such that he is returned to and released in New Jersey no later than 11:59 p.m. EST on July 13, 2026 and file a letter on the docket so confirming; and he shall be released under the conditions set forth in this Court's previously entered Self-Executing Order. (ECF No.

4).

CHRISTINE P. O'HEARN
United States District Judge

Dated: July 10, 2026