

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob E. Heric*
*Special Assistant U.S. Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
jacob.heric@usdoj.gov

main: (973) 645-2700
direct:(973) 645-2709

July 13, 2026

**By ECF**
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

SO ORDERED this ___14th___ day

of ___July___ 20_26_

*Christine A. O'Hearn*
**United States District Judge**

> Re:   *Merchan Orrala v. Soto,* No. 26-8190 (CPO)
>        **Status Update and Extension Request**

Dear Judge O'Hearn:

This Office represents Respondents in the above-referenced habeas matter. As the Court is aware, on July 10, 2026, following a hearing, the Court entered an Order, directing respondents to either provide Petitioner with a bond hearing by 2:00 p.m. CST on Monday, July 13, 2026, or release Petitioner in New Jersey by 11:59 p.m. EST, on July 13, 2026. *See* ECF No. 16. Upon receipt of this Order, this Office promptly relayed the same to U.S. Immigration and Customs Enforcement ("ICE").

ICE made the decision to comply with this Court's order by releasing Petitioner in New Jersey by 11:59 p.m. on July 13, 2026. To effectuate release, ICE scheduled Petitioner on an ICE Air flight back to Newark, New Jersey, from Alexandria, Louisiana, (AEX) on July 12, 2026. *See attached,* Declaration of Emiljana Kodra at ¶ 5. However, that flight did not ultimately depart from AEX, so Petitioner had to be rescheduled for a different flight. *Id.* Petitioner was rescheduled for another ICE Air flight from AEX to Newark, New Jersey, on the morning of July 13, 2026. *Id.* at ¶ 6. However, due to logistical problems, Petitioner did not board that flight. *Id.* Thus, ICE immediately scheduled Petitioner for the next commercial flight, via Delta Airlines, from AEX to Newark, New Jersey, with a connection in Atlanta, Georgia, which was scheduled to arrive in Newark at approximately 1:00 a.m. on July 14, 2026. *Id.* at ¶ 7. This flight was substantially delayed, which would have resulted in Petitioner missing the connecting flight from Atlanta to Newark. *Id.* Therefore, ICE rebooked Petitioner on an ICE Air flight, which is currently scheduled to depart from AEX at approximately 8:00 a.m. CST on July 14, 2026, and arrive in Newark, New

Jersey at approximately 12:00 p.m. EST that same day. ICE intends to release Petitioner promptly upon his arrival at Newark Airport on July 14, 2026.

For the foregoing reasons, we respectfully assert that ICE is diligently working to comply with this Court's Order and return Petitioner to New Jersey as expeditiously as possible. We respectfully request an extension of time to comply with this Court's Order, ECF No. 16, until July 14, 2025, at 5:00 p.m.[1] This Office has been keeping Petitioner's Counsel apprised of ICE's decision to return Petitioner to New Jersey and release him, as well as ICE's efforts to do so. Petitioner's Counsel has no objection to this extension request.

Thank you for the Court's attention to this matter.

<div style="margin-left:50%">

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY


By:   *s / Jacob E. Heric*
JACOB E. HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

</div>

cc:    All counsel of record (via ECF)

---

[1]    Though Petitioner's release will occur promptly upon his arrival at Newark Airport, we respectfully request until 5:00 p.m. to file confirmation with the Court to ensure adequate time to account for any variations in departure or arrival time, to receive confirmation of his arrival, and to collect all necessary information to update the Court.

2